NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000336
24-JUN-2015
08:26 AM**

NO. CAAP-14-0000336

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


FINANCE FACTORS, LIMITED, a Hawaii corporation,
Plaintiff/Counterclaim Defendant/Appellee, v.
JERRY BATUGO AGBANNAOAG, MERLITA TASANI AGBANNAOAG,
EUSEBIO TASANI, COSMEDIN TASANI, SEVERINO AGBANNAOAG,
CONCHITA AGBANNAOAG, RODOLFO TASANI, ESTEBAN TASANI,
Defendants/Counterclaim Plaintiffs/
Third-Party Plaintiffs/Appellants,
and
KEENAN ETO, WESLEY BARUT, ROGER MADARIAGA,
Third-Party Defendants/Appellees,
and
JOHN DOES 1-50, JANE DOES 1-50, DOE ENTITIES 1-50,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 10-1-0244)


ORDER APPROVING THE JUNE 17, 2015
STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, Chief Judge, and Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal filed on June 17, 2015 by Defendants/Counterclaim
Plaintiffs/Third-Party Plaintiffs/Appellants Jerry Batugo
Agbannaoag, Merlita Tasani Agbannaoag, Eusebio Tasai, Cosmedin
Tasani, Severino Agbannaoag, Conchita Agbannaoag, Rodolfo Tasani,
and Esteban Tasani (Appellants) and the record, it appears that
(1) the parties seek to dismiss the appeal pursuant to Hawai'i
Rules of Appellate Procedure Rule 42(b); (2) the stipulation is
dated and signed by counsel for all parties; (3) the parties
agree to bear their own costs and fees; and (4) Appellants agree

to pay all fees and costs owing to the court or to the clerk of the court, if any.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own costs and fees. Any costs and fees owing to the court or clerk of the court will be paid by Appellants.

DATED: Honolulu, Hawaiʻi, June 24, 2015.

Chief Judge

Associate Judge

Associate Judge